The State of Florida ex rel. George Hepburn, Plaintiff in Error, v. Louis A. Allen, Sheriff of Dade County, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Dade.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the Motion.